UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JACOB BROWN II, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:20-CV-529-TAV-DCP |
| SGT. KLEMET and CORP. RUTHERFORD, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

  **IT IS SO ORDERED.**

              s/ Thomas A. Varlan
              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

  s/ John L. Medearis
  CLERK OF COURT